```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STETSON WORLDWIDE, LLC,

                              Plaintiff,

    -against-

BRANDED ONLINE, INC.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**21-CV-2555 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 15).  A telephone conference will be held on **Monday, May 24, 2021 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: April 26, 2021
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge