USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STETSON WORLDWIDE, LLC,

                                                                Plaintiff,

-against-

BRANDED ONLINE, INC.,

                                                                Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**21-CV-2555 (JSR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Thursday, June 3, 2021 at 2:30 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **June 1, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: May 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge