UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| STETSON WORLDWIDE LLC, | |
|---|---|
| Plaintiff, | 21-cv-2555 (JSR) |
| -against- | ORDER |
| BRANDED ONLINE, INC., | |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

On April 22, 2021, the Court referred this matter to the assigned Magistrate Judge for settlement. Dkt. No. 15. The parties in this case have since informed the Magistrate Judge that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated: New York, NY
       June 3, 2021

_____
JED S. RAKOFF, U.S.D.J.

1